FILED

07/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0258

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0258

STATE OF MONTANA,

    Plaintiff and Appellee,

    v.

ROBERT EDWARD RUX,

    Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 19, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

*Page 1 of 1*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 20 2020